### ANSLEY v. DAVIDSON & COMPANY.

LUMPKIN, P. J.  There was no brief of the evidence in this case, nor bona fide attempt to make one.  The document purporting to be such was a detailed report of the trial, including, without even the appearance of necessity, all manner of useless and irrelevant matter.  Accordingly, this court will not review the evidence; and as no question is presented by the bill of exceptions which can be intelligently considered and passed upon without reference to the evidence, the judgment below must be affirmed.  *Southern Mining Company* v. *Brown*, 107 *Ga.* 264; *Price* v. *High & Co.*, 108 *Ga.* 145, and cases therein cited. If any error was committed at the trial below, the plaintiff in error has not, as it was incumbent upon him to do, affirmatively, and in the manner prescribed by law, so shown to this court.

*Judgment affirmed.  All the Justices concurring.*

Argued November 3, — Decided November 30, 1899.

Complaint.  Before Judge Butt.  Sumter superior court. November term, 1898.

*J. A. Ansley* and *J. A. Ansley Jr.*, for plaintiff in error.
*W. P. Wallis*, contra.

---

### HUMPHRIES v. SHOCKLEY.

FISH, J.  The present case falls within the established rule, that this court will not interfere with the discretion of a trial judge in refusing to grant an interlocutory injunction or to appoint a temporary receiver, when the evidence upon which he acts is conflicting.

*Judgment affirmed.  All the Justices concurring.*

Argued November 1, — Decided November 30, 1899.

Petition for injunction.  Before Judge Lumpkin.  Fulton county.  July 25, 1899.

*Mead & Cochran* and *Shepard Bryan*, for plaintiff.
*T. L. Bishop* and *Frank A. Arnold*, for defendant.